IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JOHN J. DANIELS,

     Plaintiff,

v.                                       4:20cv246–WS/MAF

STEVEN S. CLOUD, et al.,

     Defendants.

_____


## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed September 30, 2020. The magistrate judge recommends that the plaintiff's motion for a preliminary injunction and temporary restraining order (ECF No. 22) be denied. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

     Upon review of the record, this court has determined that the report and recommendation should be adopted. As did the magistrate judge, this court finds that the plaintiff has not established an adequate basis for granting injunctive relief.

Page 2 of  2

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's motion for a preliminary injunction and temporary restraining order (ECF No. 22) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this ___13th___ day of ____November___, 2020.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE