IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN J. DANIELS,

    Plaintiff,

v.    4:20cv246–WS/MAF

STEVEN S. CLOUD, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 34 docketed December 1, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with court orders. In the alternative, the magistrate judge recommends that Plaintiff's complaint be dismissed as an impermissible shotgun pleading, for misjoinder, and because claims under the Americans for Disabilities Act are not cognizable under 42 U.S.C. § 1983. The magistrate judge has since denied Plaintiff's motion to amend his complaint, explaining that Plaintiff failed to comply with court orders to amend his 115-page complaint until months after the

extended deadline lapsed on November 10, 2020.[1] Plaintiff has filed objections (ECF No. 37) to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 39) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with court orders to appropriately amend his complaint in a timely manner.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   21st   day of   January  , 2021.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The magistrate judge also noted that Plaintiff's proposed amended complaint fails to comport with the Rules governing this proceeding.